UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHELIA DESYNE WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 5:22-CV-489-D-KS** |
| ROBERT J. HIGDON, JR., CAROLINE L. WEBB, | ) | |
| and FEDERAL AGENTS, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES the action without prejudice.

**This Judgment Filed and Entered on January 11, 2023, and Copies To:**

Shelia Desyne Willis          (Sent to 203 Jasper St. Fayetteville, NC 28301 via US Mail)

DATE:                                            PETER A. MOORE, JR., CLERK

January 11, 2023                          (By) /s/ Nicole Sellers
                                                         Deputy Clerk